| | | | | |
|---|---|---|---|---|
| State v. Devaney | 110,722 | | | |
| | 110,723 | | | |
| | 110,724 | | | |
| | 110,725 | | | |
| | 110,726 | Denied | 10/07/2015 | Unpublished |
| State v. Devine | 108,947 | Denied | 08/20/2015 | Unpublished |
| State v. Dickey | 110,325 | | | |
| | 110,326 | | | |
| | 110,327 | Granted | 10/07/2015 | Unpublished |
| State v. Die | 110,392 | Denied | 07/22/2015 | Unpublished |
| State v. Dotson | 109,358 | Denied | 07/22/2015 | Unpublished |
| State v. Eastman | 112,394 | Denied | 10/09/2015 | Unpublished |
| State v. Edmond | 109,617 | Denied | 06/30/2015 | Unpublished |
| State v. Eichem | 111,256 | | | |
| | 111,257 | Denied | 07/24/2015 | Unpublished |
| State v. Elnicki | 110,516 | Denied | 10/07/2015 | Unpublished |
| State v. Evertson | 109,688 | Denied | 07/21/2015 | Unpublished |
| State v. Fairchild | 110,980 | Denied | 07/24/2015 | Unpublished |
| State v. Fallis | 111,454 | | | |
| | 111,485 | Denied | 09/14/2015 | Unpublished |
| State v. Farley | 109,655 | Denied | 09/02/2015 | Unpublished |
| State v. Fennell | 110,078 | Denied | 07/27/2015 | Unpublished |
| State v. Fenwick | 111,726 | Denied | 08/20/2015 | Unpublished |
| State v. Flores-Sanchez | 110,457 | Denied | 08/20/2015 | Unpublished |
| State v. Ford | 109,509 | Denied | 06/30/2015 | Unpublished |
| State v. Ford | 110,560 | Denied | 07/21/2015 | Unpublished |
| State v. Fowler | 110,119 | Denied | 07/21/2015 | Unpublished |
| State v. Francois | 109,370 | | | |
| | 109,371 | | | |
| | 109,372 | | | |
| | 109,373 | Denied | 07/21/2015 | Unpublished |
| State v. Frickey | 110,566 | Denied | 07/22/2015 | Unpublished |
| State v. Fry | 109,952 | Denied | 09/23/2015 | Unpublished |
| State v. Fulton | 111,213 | Denied | 08/20/2015 | Unpublished |
| State v. Gall | 110,665 | Denied | 07/22/2015 | Unpublished |
| State v. Garber | 109,722 | Denied | 08/20/2015 | Unpublished |
| State v. Garcia-Barron | 109,005 | Denied | 06/29/2015 | 50 Kan. App. 2d 500 |
| State v. Garland | 110,923 | Denied | 09/14/2015 | Unpublished |
| State v. Garza | 111,506 | Denied | 07/22/2015 | Unpublished |
| State v. Gasper | 108,925 | Denied | 07/24/2015 | Unpublished |
| State v. Gehring | 111,346 | Denied | 09/14/2015 | Unpublished |
| State v. Geist | 108,257 | Denied | 06/29/2015 | Unpublished |
| State v. Gilmore | 110,832 | Denied | 09/14/2015 | Unpublished |
| State v. Glover | 110,350 | Denied | 07/24/2015 | 50 Kan. App. 2d 991 |
| State v. Goldsberry | 109,800 | Denied | 09/14/2015 | Unpublished |